IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAYVON BOATMAN,

    Plaintiff,

v.                                                     CASE NO. 4:05cv33-RH/WCS

JAMES V. CROSBY, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 11), and the response thereto (document 12). The response seems to assert objections to the report and recommendation and also seems to request voluntary dismissal of this action. I have reviewed de novo the issues raised by the objections.

The report and recommendation correctly concludes that this action should be dismissed without prejudice. It makes no difference whether the action is dismissed for the reasons set forth in the report and recommendation or is dismissed on plaintiff's (apparent) request for voluntary dismissal. Upon

consideration,

    IT IS ORDERED:

    1. The report and recommendation is ACCEPTED and adopted as the opinion of the court.

    2. Plaintiff's request for voluntary dismissal (to the extent document 12 constitutes a request for voluntary dismissal) is GRANTED.

    3. The clerk shall enter judgment stating, "This action is dismissed without prejudice."

    4. Plaintiff's motion to consolidate (document 13) is DENIED.

    5. Plaintiff's motion for protective order (document 14) is DENIED.

    6. The clerk shall close the file.

    SO ORDERED this 25th day of July, 2005.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge